## BRYANT v. STATE. (No. 11854.)

Court of Criminal Appeals of Texas. May 2, 1928.

Criminal law ☞1090(1)—In absence of statement of facts or bills of exception in record, nothing is presented to appellate court for review.

Where no statement of facts nor bills of exception are found in record, nothing is presented to appellate court for review.

Appeal from District Court, Parmer County; Reese Tatum, Judge.

Jim Bryant was convicted for robbery with firearms, and he appeals. Affirmed.

Clark Wills, of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for robbery with firearms, punishment being 14 years in the penitentiary.

No statement of facts nor bills of exception are found in the record. Nothing is presented to this court for review.

The judgment is affirmed.